The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LINDSAY NEMEYER,<br><br>Defendant. | NO. CR18-5594RAJ<br><br>**ORDER TERMINATING DEFENDANT'S PARTICIPATION IN DREAM PROGRAM AND DISMISSING CRIMINAL CHARGES BASED ON SUCCESSFUL COMPLETION OF DREAM PROGRAM** |

On April 30, 2019, the Defendant entered a guilty plea to the lesser-included offense that was charged in Count 1 of an Indictment charging her with conspiring to distribute a controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846 . Dkt. No. 46. The plea was entered pursuant to a plea agreement. Dkt. No. 47. Subsequent to entry of the guilty plea, Defendant was accepted to participate in the Drug Reentry Alternative Model (DREAM) program. Dkt. No. 53. The Defendant executed a contract memorializing her acceptance and participation in the program. Dkt. No. 55.

The DREAM Executive Review Team, including the undersigned United States District Judge, have determined that the Defendant has successfully complied with the

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*NEMEYER/*CR18-5594RAJ - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

program requirements set forth in the DREAM contract. Having made this determination, the Court hereby orders that:

1. Defendant's participation in the DREAM program is terminated;
2. On Defendant's request, her previously entered guilty plea is withdrawn pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), with the Court finding a fair and just reason having been demonstrated by Defendant's successful completion of the DREAM program; and
3. On motion of the government under Federal Rule of Criminal Procedure 48(a), the criminal charges filed against the Defendant in the above-captioned case are dismissed with prejudice with good cause having been shown by Defendant's successful completion of the DREAM program.

DATED this 15th day of May, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*NEMEYER/*CR18-5594RAJ - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970